Louise Teutrine, Appellee, v. Prudential Insurance Company of America, Appellant.

Term No. 46015.

opinion filed February 27, 1947; rehearing denied April 22, 1947; released for publication April 22, 1947. Kramer, Campbell, Costello & Wiechert and Norman J. Gundlach, for appellant; John J. Driscoll, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.